UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23799-DLG

YERID BENITO LARIOSA and all others )
similarly situated under 29 U.S.C. 216(b), )
           Plaintiffs, )
   vs. )

C&R PALLETS CORP., )
JUANA C. ESCOTO, )
ROSA C. HERNANDEZ, )

           Defendants. )

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Statement of Claim as follows:

**Time-and-a-Half Overtime Claim (1/5/2017-10/17/17):**
Rate for time per hour not compensated: $17.29
Weeks: 40
Overtime hours per week: 25
Total wages unpaid and liquidated damages: $17,290 X 2 = $34,580

Total claim: **$34,580.00**

*Plaintiff seeks all fees and costs under the FLSA.

**Respectfully submitted,**

**ADAM BERMAN**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: AJBERMAN.JHZIDELL@GMAIL.COM**

F.B.N. 0121779
BY: __/s/ Adam Berman____
Adam Berman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 11/3/17 TO:

ALL CM/ECF RECIPIENTS

BY: __/s/ Adam Berman____
Adam Berman