UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

YERID BENITO LARIOSA and all other similarly situated under 29 U.S.C. 216(b),

CASE NO.: 17-23799-CIV-DLG

    Plaintiff,

vs.

C&R PALLETS CORP.,
JUANA C. ESCOTO, and
ROSA C. HERNANDEZ,

    Defendants.
_____/

**DEFENDANTS' C&R PALLETS CORP., JUANA C. ESCOTO, AND
ROSA C. RODRIGUEZ'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

    Defendants C&R Pallets Corp. (hereinafter "C&R"), Juana C. Escoto (hereinafter "Escoto") and Rosa C. Rodriguez (hereinafter "Rodriguez) (hereinafter collectively the "Defendant"), by and through their counsel of record, hereby respond to the Plaintiff Yerid Benito Lariosa's (hereinafter "Plaintiff") Statement of Claim (D.E. 7) pursuant to the Notice of Court Practice in FLSA Cases (D.E. 6) and state the foregoing:

1. To the extent that the Plaintiff's Statement of Claim is comprised of the allegations made in his Complaint, Defendants are not required to file an answer, as Plaintiff has since filed an Amended Complaint (D.E. 16). To the extent that Plaintiff's Statement of Claim is comprised of allegations made in his Amended Complaint, Defendants are not required to file an answer until November 28, 2017.

2. At this time, Defendants are still gathering information related to the allegations made by Plaintiff.

3. Defendants without waiving their right to file an Answer and to assert any Affirmative Defenses and/or right to file a responsive pleading to Plaintiff's Complaint, hereby respond to Plaintiff's Statement of Claim.

4. Defendants' position at this time, is that Plaintiff's claims are not valid, as the Statement of Claim fails to properly portray the total amount actually paid to the Plaintiff during the course of his employment and/or fails to properly portray the actual amount of hours worked by the Plaintiff during his time as a non-exempt employee.

5. Further, Plaintiff has improperly categorized himself as a non-exempt employee during his employment tenure with C&R. Plaintiff would be considered exempt under the Federal Labor Standards Act and would not be entitled to any overtime pay.

WHEREFORE, Defendants C&R Pallets Corp., Juana C. Escoto, and Rosa C. Rodriguez, respectfully Reply to the Plaintiff's Statement of Claim as stated above. Nothing herein should be construed as Defendants waiving their right to assert additional defenses, affirmative defenses, counterclaims, and relief requested.

**[certificate of service on next page]**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 17, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

      Respectfully submitted by:

By: /s/ Regina M. Campbell
Regina M. Campbell, Esq.
Fla. Bar No. 74842
Nicholas G. Neville, Esq.
Fla. Bar No. 123893
The Campbell Law Group P.A.
2000 Ponce De Leon Blvd., 6th Floor
Coral Gables, FL 33134
T: (305) 328-9506
F: (305) 675-3973
service@thecampbelllawgroup.com

Service List:

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141