UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23799-DLG

YERID BENITO LARIOSA, SILVESTRE
PICADO and all others similarly situated
under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

C&R PALLETS CORP.,
JUANA C. ESCOTO,
ROSA C. HERNANDEZ,

        Defendants.
_____

## PLAINTIFFS' AMENDED STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described amended Statement of Claim as follows:

**Plaintiff Lariosa's Time-and-a-Half Overtime Claim (1/20/2017-10/17/17):**
Rate for time per hour not compensated: $31.17
Weeks: 38
Overtime hours per week: 25
Total wages unpaid and liquidated damages: $29,611.50 X 2 = $59,233.00

**Plaintiff Picado's Time-and-a-Half Overtime Claim (4/5/2017-10/20/17):**
Rate for time per hour not compensated: $29.52
Weeks: 28
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $16,531.20 X 2 = $33,062.40

Total claim: **$92,285.40**

*Plaintiffs seek all fees and costs under the FLSA.
*Plaintiffs seek all damages with respect to their Retaliation Claims as set forth in the Second Amended Complaint

**Respectfully submitted,**

**ADAM BERMAN**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: AJBERMAN.JHZIDELL@GMAIL.COM**
**F.B.N. 0121779**
**BY:   /s/ Adam Berman        **
**Adam Berman**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 3/16/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:    /s/ Adam Berman        **
**Adam Berman**