**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

YERID BENITO LARIOSA and all other
similarly situated under 29 U.S.C. 216(b),

      Plaintiff,

vs.

C&R PALLETS CORP.,
JUANA C. ESCOTO, and
ROSA C. HERNANDEZ,

      Defendants.
_____/

CASE NO.: 17-23799-CIV-DLG

**DEFENDANTS' C&R PALLETS CORP., JUANA C. ESCOTO, AND
<u>ROSA C. RODRIGUEZ'S RESPONSE TO PLAINTIFFS' AMENDED STATEMENT OF
CLAIM</u>**

Defendants' C&R Pallets Corp. (hereinafter "C&R"), Juana C. Escoto (hereinafter "Escoto") and Rosa C. Rodriguez (hereinafter "Rodriguez) (hereinafter collectively the "Defendants"), by and through their counsel of record, hereby respond to the Plaintiffs' Yerid Benito Lariosa and Silvestre Picado's (hereinafter "Plaintiffs") Amended Statement of Claim (D.E. 48) pursuant to the Notice of Court Practice in FLSA Cases (D.E. 6) and state the foregoing:

1. To the extent that Plaintiffs' Amended Statement of Claim (D.E. 48) is comprised of allegations made in their Second Amended Complaint (D.E. 34), Defendants' have since filed their answer to Plaintiffs' Second Amended Complaint (D.E. 38).

2. At this time, Defendants' are still gathering information related to the allegations made by Plaintiffs.

3. Defendants' position at this time, is that Plaintiffs' claims are not valid, as the Amended Statement of Claim fails to properly portray the total amount actually paid to the Plaintiffs'

during the course of their employment and/or fails to properly portray the actual amount of hours worked by the Plaintiffs' during his time as a non-exempt employee.

4. Further, Plaintiffs' have improperly categorized themselves as non-exempt employees during his employment tenure with C&R. Plaintiffs' would be considered exempt under the Federal Labor Standards Act and would not be entitled to any overtime pay.

WHEREFORE, Defendants' C&R Pallets Corp., Juana C. Escoto, and Rosa C. Rodriguez, respectfully Reply to the Plaintiffs' Amended Statement of Claim as stated above. Nothing herein should be construed as Defendants' waiving their right to assert additional defenses, affirmative

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Respectfully submitted by:

By: /s/ Regina M. Campbell
Regina M. Campbell, Esq.
Fla. Bar No. 74842
Nicholas G. Neville, Esq.
Fla. Bar No. 123893
The Campbell Law Group P.A.
2000 Ponce De Leon Blvd., 6th Floor
Coral Gables, FL 33134
T: (305) 328-9506
F: (305) 675-3973
service@thecampbelllawgroup.com

Service List:

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141