UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 17-23799-CIV-GRAHAM/LOUIS

YERID BENITO LARIOSA,

        Plaintiff,

v.

C & R PALLETS CORP, et al.,

        Defendants.

_____/

## ORDER

**THIS  CAUSE**  comes  before  the  Court  upon  Defendants'
counsel's Motion to Withdrawal [D.E. 57].

**THE COURT** has reviewed the Motion, pertinent portions of
the record, and is otherwise fully advised in the premises.
Based thereon, it is hereby

**ORDERED AND ADJUDGED** that Defendants' counsel's Motion to
Withdrawal  [D.E.  57]  is  **DENIED without prejudice.**  However,
Defendants' counsel may refile the motion stating the specific
reason for the request to withdraw. Moreover, given that this
matter is set for trial on August 20, 2018, the Court is not
inclined to grant said relief unless new counsel for the
corporate defendant files a notice of appearance within 21 days

of the date of this Order. Finally, this Order does not stay any

of the scheduling deadlines set in this case.

          **DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day

of April, 2018.

                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record