UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23799-CIV-DLG

YERID BENITO LARIOSA, SILVESTRE
PICADO, and all others similarly situated
under 29 U.S.C. 216(b),

        Plaintiffs,
vs.

C&R PALLETS CORP.,
JUANA C. ESCOTO,
ROSA C. HERNANDEZ,

        Defendants.

## STIPULATION AS TO FLSA ENTERPRISE COVERAGE

Both parties agree that FLSA enterprise coverage is established in the above-styled case for the relevant period of time, which is from January 2017 through December 2017, and therefore no further discovery is necessary regarding the interstate commerce or the $500,000.00 prongs in the above-styled case, and no evidence will need to be introduced at trial regarding same.

5/28/18  
(Date)  

_____  
(Signature) Counsel for Plaintiff

5/28/18  
(Date)  

_____  
(Signature) Counsel for Defendant(s)

Copies to:     Counsel of Record