UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23799-CIV-DLG

YERID BENITO LARIOSA, SILVESTRE
PICADO, and all others similarly situated
under 29 U.S.C. 216(b),

      Plaintiffs,

vs.

C&R PALLETS CORP.,
JUANA C. ESCOTO,
ROSA C. HERNANDEZ,

      Defendants.
_____

## PLAINTIFFS' NOTICE OF NON-COMPLIANCE

COME NOW the Plaintiffs, by and through undersigned counsel, and files this Notice of Non-Compliance and states the following:

1. Plaintiffs and Defendants were unable to come to an agreement regarding the pretrial stipulation after over four (4) different drafts were sent by Plaintiffs to Defendants.

2. Defense counsel is not cooperating in the joint filing and has wasted much resources bickering about the final draft.

3. Plaintiffs were willing to type into every single sentence that was in dispute that Defendants opposed the same. However, this was not good enough for the Defendants.

4. This Court's Order entered today stated that the <u>parties</u> are to file the Amended Pretrial Stipulation by the end of the day.

5. Both parties had a right to amend at this point.

6. Today is the deadline to file the document and Magistrate McAiley gave permission to the parties to file an Amended Pretrial Stip.

Wherefore, Plaintiffs request that this court accept the Plaintiffs' recently filed pretrial stipulation as a good faith effort to meet this Court's deadline and to find that Defendants' have failed to comply with the same.

**Respectfully submitted,**

**NATALIE STAROSCHAK, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: NSTAR.ZIDELLPA@GMAIL.COM**
**F.B.N. 116745**

BY:___/s/___Natalie Staroschak_____
**NATALIE STAROSCHAK, ESQ.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA EMAIL ON 7/16/18 TO:

**REGINA M. CAMPBELL**
**THE CAMPBELL LAW GROUP PA**
**2000 PONCE DE LEON DRIVE**
**6TH FLOOR**
**CORAL GABLES, FL 33134**
**PH: 305-328-3506**
**FAX: 305-675-3973**
**SERVICE@THECAMPBELLLAWGROUP.COM**

BY:___/s/___Natalie Staroschak_____
**NATALIE STAROSCHAK, ESQ.**