AO 187 (Rev. 7/87) Exhibit and List

13794103.1

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| YERID BENITO LARIOSA, SILVESTRE PICADO, and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiffs,<br>    vs.<br><br>C&R PALLETS CORP.,<br>JUANA C. ESCOTO,<br>ROSA C. HERNANDEZ,<br><br>        Defendants. | PLAINTIFF'S AMENDED EXHIBIT LIST<br><br>CASE NO.: 17-23799-CIV-DLG |

| PRESIDING JUDGE<br><br>JUDGE DONALD G. GRAHAM | PLAINTIFF'S ATTORNEY<br><br>J.H. ZIDELL, ESQ.<br>300-71ST STREET, #605<br>MIAMI BEACH, FL 33141 | DEFENDANT'S ATTORNEY<br><br>REGINA M. CAMPBELL<br>THE CAMPBELL LAW GROUP PA<br>2000 PONCE DE LEON DRIVE<br>6TH FLOOR<br>CORAL GABLES, FL 33134<br>PH: 305-328-3506<br>FAX: 305-675-3973<br>SERVICE@THECAMPBELLLAWGROUP.COM |
| --- | --- | --- |
| TRIAL DATE(S)<br>8/20/18 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF .NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | PL - 0001- PL-0045:<br>Yerid Lariosa's Pay Stubs<br><br>Objection: as to the Authenticity of the documents, as you have refused to send them to us to view and we are uncertain if these are documents that we have seen previously or not or if they have been redacted. |
| 2 | | | | | PL – 0046- PL-0060:<br>Silvestre Picado's Pay Stubs<br><br>Objection: as to the Authenticity of the documents, as you have refused to send them to us to view and we are uncertain if these are documents that we have seen previously or not or if they have been redacted. |
| 3 | | | | | C&R0001-C&R0009<br>Yerid Lariosa's Time Sheet |
| 4 | | | | | C&R0010-C&R18:<br>Virtual Time Clock |

13794103.1

| | | | | |
|---|---|---|---|---|
| 5 | | | | C&R0025-C&R0059:<br>Yerid Lariosa Time Sheets |
| 6 | | | | C&R0063<br>Silvestre Picado's Termination Letter |
| 7 | | | | C&R0064-C&R0066:<br>Report from Lowes. |
| 8 | | | | C&R0903-C&R904<br>Warning letter to Plaintiff Lariosa |
| 9 | | | | C&R0067-C&R0068:<br>Termination letter to Plaintiff Lariosa |
| 10 | | | | C&R0069-C&R0902:<br>Bills of Lading and Receipts from Drop Offs to Vendors |
| 11 | | | | C&R0905-C&R0906:<br>Defendants Notice to Employees of Overtime Policy on Time-Keeping |
| 12 | | | | C&R0907-C&R0922:<br>941s of Defendants<br><br>Objection: Relevancy |
| 13 | | | | PL -0061- PL- 0062<br>Plaintiffs' Amended Statement of Claim<br><br>Objection: as to the Authenticity of the documents, as you have refused to send them to us to view and we are uncertain if these are documents that we have seen previously or not or if they have been redacted.  To the extent that they are the same documents that were filed with the Court or documents that we have produced to you (provided they are in the same form as was produced to you), we do not object. |
| 14 | | | | PL – 0063- PL - 0101<br>Defendants' Responses to Plaintiffs' First Request for Admissions<br>Defendants' Responses to Plaintiffs' First Set of Interrogatories<br>Defendants' Responses to Plaintiffs' First Request for Production<br><br>Objection: as to the Authenticity of the documents, as you have refused to send them to us to view and we are uncertain if these are documents that we have seen previously or not or if they have been redacted.  To the extent that they are the same documents that were filed with the Court or documents that we have produced to you (provided they are in the same form as was produced to you), we do not object. |
| 15 | | | | PL – 0102 – PL - 0105<br>Defendants Amended Responses to Plaintiffs' First Set of Interrogatories<br>Defendants Amended Responses to Plaintiffs' First Request for Production<br><br>Objection: as to the Authenticity of the documents, as you have refused to send them to us to view and we are uncertain if these are documents that we have seen previously or not or if they have been redacted.  To the extent that they are the same documents that were filed with the Court or documents that we have produced to you (provided they are in the same form as was produced to you), we do not object. |

13794103.1

| | | | | | |
|---|---|---|---|---|---|
| 16 | | | | | PL – 0106 – PL - 0111<br>Defendants Initial Disclosures<br><br>Objection: as to the Authenticity of the documents, as you have refused to send them to us to view and we are uncertain if these are documents that we have seen previously or not or if they have been redacted.  To the extent that they are the same documents that were filed with the Court or documents that we have produced to you (provided they are in the same form as was produced to you), we do not object. |
| 17 | | | | | Return of Service of Complaint<br><br>Objection:  Relevancy |
| 18 | | | | | Complaint [D.E. 1] |
| 19 | | | | | Unopposed Motion for Leave to File Second Amended Complaint[D.E. 31] |
| 20 | | | | | Second Amended Complaint [D.E. 34] |
| 21 | | | | | Emails to opposing counsel that Defendant Lariosa will be added to the Complaint<br><br>Objection: Relevancy and only producing part of the record-it is unclear whether or not you are producing the entire chain of emails between the attorneys in this production or just a select few that mischaracterizes the conversations. |
| 22 | | | | | Plaintiff reserves the right to introduce any exhibit listed on Defendant's exhibit list, without waiving objections. |
| 23 | | | | | All rebuttal and impeachment exhibits. |