UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23799-DLG

YERID BENITO LARIOSA, SILVESTRE  )
PICADO and all others similarly situated  )
under 29 U.S.C. 216(b),  )
                Plaintiffs,  )
vs.  )
C&R PALLETS CORP.,  )
JUANA C. ESCOTO,  )
ROSA C. HERNANDEZ,  )
                Defendants.  )

## JOINT MOTION TO BE EXCUSED FROM TRIAL DAYS (8/20/18, 8/28/18, 8/29/18, 8/30/18)

COME NOW the Parties, by and through their respective undersigned counsel, and files the above-described Joint Motion and in support thereof states as follows:

1. Under [DE61], Trial is set during the two-week trial period commencing (8/20/18), or as soon thereafter as the case may be called.

2. Pursuant to [DE61], the Calendar Call will be held on (8/15/18) at 2:00 p.m.

3. Karl David Kelly Esq. has been the lead attorney for this case since its inception and was expected to be present throughout trial. As of July 12, 2018, Mr. Kelly is no longer with the undersigned Firm and will be unable to represent the Plaintiff at trial.

4. The undersigned, who noticed his appearance on (8/01/18), is now assigned to second chair said trial with Mr. Zidell, Esq., who is lead counsel.

5. The undersigned will be outside the state of Florida from August 16, 2018 (8/16/18) through August 20, 2018 (8/20/18) as he will be out of town for a pre-planned family matter.

6. As such, the undersigned attorney will not be available to appear at Trial on the first day (8/20/18).

7. Additionally, Defense Counsel are unavailable August 28, 2018 through to, and including August 30, 2018

8. The Court has broad discretion to grant continuances and the Court should find the aforesaid constitutes good cause shown to justify a requested extension to appear for Trial before the Court. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08).

9. Therefore, the parties respectfully request to be excused from trial on (8/20/18, 8/28/18, 8/29/18, 8/30/18) and for trial not be conducted on those days.

WHEREFORE, THE PARTIES RESPECTFULLY REQUESTS THE COURT THAT THEY BE EXCUSED FROM APPEARING AT TRIAL ON 8/20/18, 8/28/18, 8/29/18, 8/20/18.

Dated this 6th day of August 2018.

By: */s/ Neil Tobak, Esq.*
Neil Tobak, Esq.
Fla. Bar No. 93940
Email: ntobak.zidellpa@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Attorney for Plaintiff*

By: */s/ Regina M. Campbell, Esq.*
Regina M. Campbell
The Campbell Law Group PA
2000 Ponce De Leon Drive
6th floor
Coral Gables, FL 33134
305-328-9506
Fax: 305-675-3973
Email:    service@thecampbelllawgroup.com
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-23799-DLG

| | |
|---|---|
| YERID BENITO LARIOSA, SILVESTRE PICADO and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>C&R PALLETS CORP.,<br>JUANA C. ESCOTO,<br>ROSA C. HERNANDEZ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER GRANTING THE PARTIES MOTION TO BE EXCUSED FROM THE TRIAL DAYS (8/20/18, 8/28/18, 8/29/18, 8/20/18)**

This cause, having come before the Court on Plaintiffs' Unopposed Motion as above-described, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said motion is granted and therefore:

TRIAL SHALL NOT COMMENCE ON AUGUST 20, 2018, AND ON AUGUST 28, 2018 THROUGH AUGUST 30, 2018, BEFORE THE HONORABLE JUDGE DONALD L. GRAHAM. THE PARTIES SHALL BE EXCUSED FROM TRIAL ON AUGUST 20, 2018, AND ON AUGUST 28, 2018 THROUGH AUGUST 30, 2018.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2018.

_____
Donald L. Graham
UNITED STATES SENIOR DISTRICT JUDGE

Copies to: Counsel of Record