**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
CASE NO. 17-23799-CIV-GRAHAM/LOUIS

YERID BENITO LARIOSA, et al.,

    Plaintiffs,

vs.

C&R PALLETS, CORP, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Notice of Appearance of Counsel [D.E. 95], filed August 1, 2018.

**THE COURT** has considered the Notice and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Notice of Appearance of Neil Tobak, Esquire of Z.H. Zidell, P.A. is **GRANTED conditionally.** Neil Tobak, Esquire shall appear as counsel on behalf of Plaintiff provided that counsel is prepared to abide by the Court's Scheduling Order previously issued in this cause. If not, advise the Court within five (5) days of the date of this Order so that a hearing with all counsel can be conducted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of August, 2018.

s/Donald L. Graham<br>
DONALD L. GRAHAM<br>
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record