UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23799-CIV-DLG

YERID BENITO LARIOSA, SILVESTRE
PICADO, and all others similarly situated
under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

C&R PALLETS CORP.,
JUANA C. ESCOTO,
ROSA C. HERNANDEZ,

        Defendants.
_____

## **JOINT CONSENT TO JURISDICTION OF MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. § 636(c), the Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have United States Magistrate Judge Lauren Fleischer Louis for all matters involving settlement and enforcement of the settlement agreement.

DATED: The 16th day of August 2018.

By: */s/ Natalie Staroschak, Esq.*
   Natalie Staroschak, Esq.
   Fla. Bar No. 116745
   Email: nstar.zidellpa@gmail.com
   J.H. ZIDELL, P.A.
   300 71st Street, Suite 605
   Miami Beach, FL 33141
   Telephone: (305) 865-6766
   Facsimile: (305) 865-7167
   *Attorney for Plaintiff*

By: */s/ Regina M. Campbell, Esq.*
   Regina M. Campbell
   The Campbell Law Group PA
   2000 Ponce De Leon Drive
   6th floor
   Coral Gables, FL 33134
   305-328-9506
   Fax: 305-675-3973
   Email: service@thecampbelllawgroup.com
   *Counsel for Defendants*