UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23799-CIV-DLG

YERID BENITO LARIOSA, SILVESTRE )
PICADO, and all others similarly situated )
under 29 U.S.C. 216(b), )
       Plaintiffs, )
vs. )
 )
C&R PALLETS CORP., )
JUANA C. ESCOTO, )
ROSA C. HERNANDEZ, )
       Defendants. )

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

**THIS CAUSE** came before the Court upon the parties' Joint Consent to Jurisdiction of Magistrate Judge (D.E. 117). Based thereon,

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to **United States Magistrate Judge Lauren Fleischer Louis** for all further proceedings in the case and entry of a final judgment.

This Order of reference is in accordance with 28 U.S.C. § 636, the Magistrate Rules of the Local Rules of the Southern District of Florida, and the consent of the Parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of August, 2018.

                                                 s/Donald L. Graham
                                                 DONALD L. GRAHAM
                                                 UNITED STATES DISTRICT JUDGE